## YOWELL v. STATE.
No. 25142.

Court of Criminal Appeals of Texas.
Feb. 7, 1951.

No attorney on appeal for appellant.

A. C. Winborn, Crim. Dist. Atty., E. T. Branch, Asst. Crim. Dist. Atty., of Houston, George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

Driving while intoxicated upon a public highway is the offense; the punishment, a fine of $50.

The record before us contains neither bills of exception nor a statement of facts. Nothing is presented for review.

The judgment of the trial court is affirmed.

## ARELLANO v. STATE.
No. 25023.

Court of Criminal Appeals of Texas.
Dec. 13, 1950.

Rehearing Denied Feb. 14, 1951.

No attorneys, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for driving a motor vehicle upon a public highway while intoxicated, with a fine of fifty dollars.

The proceedings appear regular. No statement of facts or bill of exception is brought forward with this record. Nothing is presented for review.

The judgment is affirmed.